# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DE LOS SANTOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER ACOSTA, et al.,<br><br>　　　　Defendants. | Case No.  1: 21-cv-00397-JLT-BAK<br><br>ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 6, 13) |

　　　　This action was filed on March 11, 2021.  (ECF No. 1.)  On June 7, 2021, a scheduling order issued, which has not been modified in this action.  (ECF No. 35.)  No trial date was set. On March 9, 2022, the parties filed a stipulation requesting the scheduling order be modified to extend the deadlines by approximately thirty days.  (ECF No. 13.)  The Court shall also extend the pre-trial conference date due to the impacted nature of the Court.

　　　　Pursuant to the parties' stipulation and finding good cause, IT IS HEREBY ORDERED that the scheduling order is modified as follows:

　　　　1.　　　Nonexpert Discovery Deadline: April 25, 2022;

　　　　2.　　　Expert Disclosure Deadline: May 11, 2022;

　　　　3.　　　Supplemental Expert Disclosure Deadline: June 9, 2022;

　　　　4.　　　Expert Discovery Deadline: July 12, 2022;

　　　　5.　　　Non-dispositive motion filing deadline; July 25, 2022;

6. Non-dispositive Motion Hearing Deadline: August 25, 2022;

7. Dispositive Motion Filing Deadline: September 6, 2022;

8. Dispositive Motion Hearing Deadline: October 18, 2022; and

9. Pre-trial Conference: May 19, 2022, at 10:00 a.m. in Courtroom 4.

All other dates and aspects of the scheduling order, as previously modified, shall remain in effect.

IT IS SO ORDERED.

Dated:  **March 11, 2022**

UNITED STATES MAGISTRATE JUDGE