# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DE LOS SANTOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER ACOSTA, et al.,<br><br>　　　　　Defendants. | Case No.  1: 21-cv-00397-JLT-BAK<br><br>ORDER CORRECTING MARCH 11, 2022 ORDER AND RESETTING PRETRIAL CONFERENCE FOR MARCH 24, 2023 AT 1:30 P.M.<br><br>(ECF Nos. 13, 14) |

On March 11, 2022, the Court modified the scheduling order in this action pursuant to the parties' stipulation.  (ECF Nos. 13, 14.)  However, the order included an incorrect date for the pretrial conference.

Accordingly, IT IS HEREBY ORDERED that the pretrial conference in this matter is reset for March 24, 2023, at 1:30 p.m. in Courtroom 4.  All other dates and aspects of the scheduling order as previously modified shall remain in effect.

IT IS SO ORDERED.

Dated:  __**March 14, 2022**__　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1