# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DE LOS SANTOS, | Case No. 1:21-cv-00397-JLT-BAK |
| Plaintiff, | ORDER RE STIPULATION TO MODIFY SCHEDULING ORDER AND ASSIGN THE MATTER TO A SETTLEMENT CONFERENCE |
| v. | |
| OFFICER ACOSTA, et al., | |
| Defendants. | (ECF Nos. 14, 15, 17) |

On May 11, 2022, the parties submitted a stipulated request to vacate the current remaining dates on the scheduling order and refer the matter for a settlement conference. (ECF No. 17.) The parties proffer that all non-expert discovery has been completed, and that they believe engaging in a settlement conference at this juncture may resolve the case. The parties further indicate they believe a settlement conference is more likely to be successful if conducted prior to the close of expert discovery and the dispositive motion deadlines, currently set for July 12, 2022, and July 25, 2022, respectively. Finally, the parties request the Court set this matter for settlement conference and vacate the remaining dates on the schedule, to be reset if the case does not settle. The Court finds good cause exists to approve the stipulated request.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. This matter shall be referred to settlement conference. The parties are directed to

coordinate with the Courtroom Deputy, Victoria Gonzales, forthwith to schedule the settlement conference, which will be set by separate order;

2.   All dates in this matter are VACATED, subject to resetting if this matter does not settle; and

3.   If the matter does not settle, the parties shall file a joint status report **within fourteen days** of the date of the settlement conference to propose new pre-trial and trial deadlines.

IT IS SO ORDERED.

Dated:   **May 12, 2022**

UNITED STATES MAGISTRATE JUDGE