# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE DE LOS SANTOS,<br><br>      Plaintiff,<br><br>   v.<br><br>OFFICER ACOSTA, et al.,<br><br>      Defendants. | Case No. 1:21-cv-00397-JLT-BAK<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 19)<br><br>**DEADLINE: SEPTEMBER 21, 2022** |

On August 22, 2022, the parties appeared for a settlement conference before United States Magistrate Judge Stanley A. Boone and reached a settlement agreement. (ECF No. 19.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents no later than **September 21, 2022**.

IT IS SO ORDERED.

Dated:   **August 23, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

1